AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>SIRAGUSA, CHARLES J | 2. Court or Organization<br><br>U.S. DISTRICT COURT, WDNY | 3. Date of Report<br><br>04/05/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE(ACTIV | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>1360 UNITED STATES COURTHOUSE<br><br>100 STATE STREET<br><br>ROCHESTER, NEW YORK 14614 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADVISORY BOARD MEMBER | ELDER ABUSE CONSORTIUM |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. PENSION | NEW YORK STATE RETIREMENT SYSTEM (ELIGIBLE TO RECEIVE REDUCED BENEFITS AT AGE 55; FULL BENEFITS AT AGE 62 |

2004 APR -9 A 9:... RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 04/05/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | BROWN & TARANTINO |
| 2. | | ATTORNEY (PRIVATE PRACTICE) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| SIRAGUSA, CHARLES J | | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M & T BANK | A | Interest | J | T | | | | | |
| 2. ACCOUNT #1: | | | | | | | | | |
| 3. WEATHERFORD INTL LTD COMMON STOCK | | None | J | T | | | | | |
| 4. CORE LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 5. ALKERMES INC.COMMON STOCK | | None | J | T | | | | | |
| 6. ALLIANZ AG ADR COMMON STOCK | | None | | | SELL | 2/3 | J | | |
| 7. AMERICAN EXPRESS CO. COMMON STOCK | A | Dividend | | | SELL | 4/11 | J | | |
| 8. AMERICAN INTERNATIONAL GROUP INCOMMON STOCK. COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. AMGEN INC. COMMON STOCK | | None | J | T | | | | | |
| 10. AVENTIS SPONS ADR COMMON STOCK | A | Dividend | | | BUY | 1/29 | J | | |
| 11. AVENTIS SPONS ADR COMMON STOCK | | None | | | SELL | 11/3 | J | A | |
| 12. AXA UAP SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. BASF AG SPONS ADR | A | Dividend | J | T | | | | | |
| 14. BP AMOCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. BANK ONE CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. BIOGEN IDEC INC. COMMON STOCK | | None | J | T | | | | | SEE PART VIII #2 |
| 17. CRH PLC AD-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 18. CABLEVISION SYSTEMS CORP.CL A COMMON STOCK | | None | J | T | | | | | |

1. Income-Gain Codes:  A = $1.000 or less   B = $1.001-$2,500   C = $2.501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = SMore than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CANON INC. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. CHIRON CORP. DELAWARE COMMON STOCK | . | None | J | T | | | | | |
| 21. CISCO COMMON STOCK | | None | J | T | | | | | |
| 22. CIRRUS LOGIC INC. COMMON STOCK | | None | J | T | | | | | |
| 23. COCA COLA CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. COMCAST CORP CL A-SPL COMMMON STOCK | | None | J | T | | | | | |
| 25. DELL COMPUTER CORP COMMON STOCK | . | None | J | T | BUY | 1/24 | J | | |
| 26. DIAGEO PLC SPONSORED ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. ENDESA SA, MADRID SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. EXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. FOREST LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 31. FUJI PHOTO FILM CO. LTD.ADR NEW COMMON STOCK | | None | J | T | | | | | |
| 32. GENENTECH INC. COMMON STOCK | | None | J | T | | | | | |
| 33. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 34. GENZYME CORP. GENEEAL DIVISION COMMON STOCK | | None | J | T | | | | | |
| 35. GILLETTE CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. GLAXOSMITHKLINE PLC SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                     P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal          R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)           U = Book Value         V = Other              W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GRANT PRIDECO INC. COMMON STOCK | | None | J | T | | | | | |
| 38. GROUPE DANONE SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. GRUPO TELEVISA SA DE CV GLOBAL COMMON STOCK | | None | J | T | | | | | |
| 40. HSBC HOLDINGS PLC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. HOME DEPOT COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. HONDA MOTOR CO. COMMON STOCK | | None | J | T | BUY | 11/5 | J | | |
| 43. HONG KONG & CHINA GAS LTD. SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. HUTCHINSON WHAMPOA LTD-ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. INTEL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. INTERACTIVE CORP.COMMON STOCK | | None | J | T | BUY | 4/17 | J | | |
| 48. IRELAND BANK SPONS ADR-EUR COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 51. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | | None | J | T | | | | | |
| 52. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | A | Dividend | J | T | BUY | 7/1 | J | | |
| 53. LIBERTY MEDIA GROUP CL A COMMON STOCK | | None | J | T | | | | | |
| 54. LLOYDS TSB GRP PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | | | | | | | (3) | (4) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | ᴴꞀ | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | J˙ | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | J | | | | | | |

|  |  |  |  |  | (3) | (4) |  |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80. | | | | | | | |
| 89. | MERRILL LYNCH SMALL CAP VALUE FUND CL A | None | J | T | | | |
| 90. | ACCOUNT #3: | | | | | | |

1. Income Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = SMore than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. UBS AG-CHF COMMON STOCK | | None | J | T | BUY | 6/2 | J | | |
| 92. UBS AG-CHF COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART III #5 |
| 93. UBS AG-CHF COMMON STOCK | | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 94. ALLIANZ AG ADR COMMON STOCK | | None | | | SELL | 2/3 | J | | |
| 95. AVENTIS SPONS ADR COMMON STOCK | | None | | | SELL | 11/4 | J | | |
| 96. AXA S.A. SPONS ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 97. AXA S.A. SPONS ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 98. BASF AG SPONS ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 99. BASF AG SPONS ADR COMMON STOCK | " | " | ' | ' | BUY | 12/26 | J | | SE PART VIII #4 |
| 100. BOC GROUP PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 101. BOC GROUP PLC SPONS ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 102. BP AMOCO PLC ADR COMMON STOCK | A | Div. | J | T | PT.SELL | 12/24 | J | A | SEE PART VIII #5 |
| 103. BP AMOCO PLC ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 104. CRH PLC ADR-USD COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 105. CRH PLC ADR-USD COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 106. CANON INC ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 107. CANON INC ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 108. DIAGEO PLC SPON ADR-NEW COMMON STOCK | A | Dividend | J | T | | | | | SEE PART VIII #5 |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. DIAGEO PLC SPON ADR-NEW COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 110. ENDESA SA SPONS ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 111. ENDESA SA SPONS ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 112. FUJI PHOTO FILM CO ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 113. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 114. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 115. GROUPE DANONE SPONS ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 11/4 | J | | SEE PART VIII #5 |
| 116. GROUPE DANONE SPONS ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 117. GRUPO TELEVISA SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | PART SELL | 12/24 | J | A | SEE PART III #5 |
| 118. GRUPO TELEVISA SA DE CV SPON ADR COMMON STOCK | " | " | " - | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 119. HSBC HLDG PLC SP ADR NEW COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | B | SEE PART VIII |
| 120. HSBC HLDG PLC SP ADR NEW COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 121. HONDA MOTOR CO. COMMON STOCK | | None | J | T | BUY | 11/3 | J | | |
| 122. HONDA MOTOR CO. COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 123. HONDA MOTOR CO. COMMON STOCK | | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 124. HONG KONG CHINA GAS SP ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 125. HUTCHINSON WHAMPOA LTD-ADRV COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. ING GROEP NV SPONS ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 128. IRELAND BANK BANK SPONS ADR-EUR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 129. IRELAND BANK BANK SPONS ADR-EUR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 130. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOC | A | Dividend | J | T | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 131. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOC | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 132. LLYODS TSB GRP PLC SP ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 133. LLYODS TSB GRP PLC SP ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 134. METTLER TOLEDO INTL INC COMMON STOCK | | None | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 135. METTLER TOLEDO INTL INC COMMON STOCK | | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 136. MITSUBISHI TOYKO FINANCIAL GROUP COMMON STOCK | | None | J | T | BUY | 11/3 | J | | |
| 137. NESTLE A SPONS ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 138. NESTLE A SPONS ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 139. NEWS LTD-ADR-NEW COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 140. NEWS LTD-ADR-NEW COMMON STOCK | " | " | " | " | BUY | 12/26 | | | SEE PART VII #4 |
| 141. NIPPON TEL & TEL SPON ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 142. NIPPON TEL & TEL SPON ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 143. NOKIA CORP SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 144. NOMURA AHOLDINGS INC ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART III #5 |

1. Income-Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | NOMURA AHOLDINGS INC ADR COMMON STOCK | " | " | " | " | BUY | 12/36 | J | | SEE PART VIII #4 |
| 146. | NOVARTIS AG ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 147. | NOVARTIS AG ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 148. | NOVO-NORDISK A S ADR COMMON STOCK | | None | J | T | BUY | 5/1 | J | | SEE PART VIII #4 |
| 149. | NOVO-NORDISK A S ADR COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 150. | NOVO-NORDISK A S ADR COMMON STOCK | | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 151. | RIO TINTO PLC-GBP COMMON STOCK | | None | J | T | BUY | 11/5 | J | | |
| 152. | RIO TINTO PLC-GBP COMMON STOCK | | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 153. | RIO TINTO PLC-GBP COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 154. | ROYAL DUTCH PERTOLEUM CO COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 155. | ROYAL DUTCH PERTOLEUM CO COMMON STOCK | A | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 156. | SK TELECOM LTD SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 157. | SAP AKLENAGESELLSCHAFT SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | B | SEE PART III #5 |
| 158. | SAP AKLENAGESELLSCHAFT SPONS ADR-USD COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 159. | SEVEN ELVEN JAPAN LTD-ADR COMON STOCK | | None | J | T | | | | | |
| 160. | SONY CORP SPON ADR-NEW COMMON STOCK | A | Dividend | | | SELL | 4/29 | J | | |
| 161. | TELEFONICA S.A. SPON ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 162. | TELEFONICA S.A. SPON ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |

1. Income/Gain Codes:      A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less       K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal       R = Cost (Real Estate Only)    S = Assessment       T = Cash/Market
   (See Column C2)      U = Book Value       V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. TESCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 164. TESCO PLC SPONS ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | S | SEE PART VIII #4 |
| 165. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 166. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 167. UNITED OVERSEAS BANK LTD SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 168. VODAFONE GROUP PLC SP ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 169. VODAFONE GROUP PLC SP ADR COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 170. WPP GROUP PLC SPON ADR NEW COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 171. WPP GROUP PLC SPON ADR NEW COMMON STOCK | " | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 172. WAL-MART DE MEXICO SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 173. WAL-MART DE MEXICO SA DE CV SPON ADR COMMON STOCK | A | " | " | " | BUY | 12/26 | J | | SEE PART VIII #4 |
| 174. PACIFICCORP SECD MEDIUM TERM NOTES | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |
| 175. FIRST UNION CORP SUB NOTES | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |
| 176. FORD MOTOR CREDIT CORP NOTES BKDS/ENTRY-DTD 7/15/97 | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |
| 177. HOUSEHOLD FINANCE CORP DEB | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |
| 178. WAL-MART STORES NOTES | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |
| 179. CAROLINA TEL & TELEG SUB DEBENTURE | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |
| 180. NATIONSBANK CORP NOTES-REG | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. HERTZ CORP SENIOR NOTE | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |
| 182. ABBOTT LABORATORIES NOTES | A | Interest | | | TRANS. | 12/19 | K | | SEE PART VIII #6 |
| 183. FORD MOTOR CREDIT CO.BK/ENTRY-DTD 6/11/97 | A | Interest | | | TRANS. | 12/19 | J | | SEE PART VIII #6 |
| 184. COMMONWEALTH EDISON CO IST MTG | A | Interest | | | MATURED | 7/15 | J | | |
| 185. ACCCOUNT #4: | | | | | | | | | |
| 186. SALOMON SMITH BARNEY MONEY MARKET | A | Interest | K | T | | | | | |
| 187. IRA #1: | | | | | | | | | |
| 188. AMERICAN CENTURY INTERNATIONAL GROWTH | A | Dividend | J | T | | | | | |
| 189. BLACKROCK LARGE CAP VALUE EQUITY FD INSTL CLASS | A | Dividend | J | T | | | | | |
| 190. FRANKLIN SMALL CAP GROWTH FUND I CLASS A | | None | J | T | | | | | |
| 191. GOLDMAN SACHS INTERNATIONAL EQUITY FUND CLASS A | A | Dividend | J | T | | | | | |
| 192. JOHN HANOCK SMALL CAP GROWTH FD A | | None | J | T | | | | | |
| 193. MFS STRATEGIC GROWTH FUND CLASS A | | None | J | T | | | | | |
| 194. MERRILL LYNCH CAP VALUE FD CL A | | None | J | T | | | | | |
| 195. PIONEER GROWTH SHARES INC. | | None | J | T | | | | | |
| 196. SELIGMAN COMMUNICATIONS & INFORMATION FUND CLASS A | | None | J | T | | | | | |
| 197. IRA #2: | | | | | | | | | |
| 198. SALOMON SMITH BARNEY MONEY MARKET | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. IRA #3: | | | | | | | | | |
| 200. MERRILL LYNCH GLOBAL TEHNOLOGY FUND CL A | | None | J | T | | | | | |
| 201. MERILL LYNCH SMALL CAP VALUE FD CL A | | None | J | T | | | | | |
| 202. IRA #4: | | | | | | | | | |
| 203. MERRILL LYNCH GLOBAL TECHNOLOGY FUND CL A | | None | J | T | | | | | |
| 204. MERRILL LYNCH SMALL CAP VALUE FD CL A | | None | J | T | | | | | |
| 205. COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |
| 206. VANGUARD FUND | | None | J | T | BUY | 12/31 | J | | SEE PART VIII #3 |
| 207. COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | SEE PART VIII #3 |
| 208. VANGUARD FUND | | None | J | T | BUY | 12/31 | J | | |
| 209. DEFERRED COMPENSATION #1: | | None | M | T | | | | | |
| 210. HARTFORD BOND FUND HLS | | | | | | | | | |
| 211. FIDELITY EQUITY INCOME | | | | | | | | | |
| 212. NEUBERGER BERMAN PARTNERS TRUST | | | | | | | | | |
| 213. PUTNAM INVESTORS FUND CL A | | | | | | | | | |
| 214. AMERICAN CENTURY TWENTIETH CENTURY ULTRA | | | | | | | | | |
| 215. TEMPLETON FOREIGN FUND | | | | | | | | | |
| 216. DEFERRED COMPENSATION #2: | | None | L | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

|  | | B. | | | | | | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | STOCK | | | | | | | | | | |
| 232. | ABBOTT LABORATORIES COMMON STOCK | A | | Dividend | J | T | BUY | 1/31 | J | | |
| 233. | ABBOTT LABORATORIES COMMON STOCK | " | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 234. | ABBOTT LABORATORIES COMMON STOCK | " | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |

1. Income/Gain Codes:     A = $1.000 or less     B = $1.001-$2.500     C = $2.501-$5.000     D = $5.001-$15.000     E = $15.001-$50.000
    (See Columns B1 and D4)     F = $50.001-$100.000     G = $100.001-$1.000.000     H1 = $1.000.001-$5.000.000     H2 = More than $5.000.000
2. Value Codes:     J = $15.000 or less     K = $15.001-$50.000     L = $50.001-$100.000     M = $100.001-$250.000
    (See Columns C1 and D3)     N = $250.000-$500.000     O = $500.001-$1.000.000     P1 = $1.000.001-$5.000.000     P2 = $5.000.001-$25.000.000
    P3 = $25.000.001-$50.000.000     P4 = $More than $50.000.000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
    (See Column C2)     U = Book Value     V = Other     W = Estimated

| # | Description | | | | | | | (3) | (4) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | " | | " | | " | PT. SELL | 12/24 | J | A | |
| 247. | AMERICAN INTL GROUP INC. COMMON STOCK | A | Dividend | J | T | BUY | 6/23 | J | | SEE PART VIII #4 |
| 248. | AMERICAN INTL GROUP INC. COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 249. | AMERICAN INTL GROUP INC. COMMON STOCK | " | " | " | ' | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 250. | AMGEN INC COMMON STOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 251. | AMGEN INC COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 252. | ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | J | T | BUY | 1/10 | J | | |

1. Income Gain Codes:      A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. BP PLC SPONS ADR COMMON STOCK | | None | J | T | BUY | 9/22 | J | | |
| 254. BANK NEW YORK INC COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 255. BANK NEW YORK INC COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 256. BANK ONE CORP. COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | |
| 257. BANK ONE CORP. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | |
| 258. BERKSHIRE HATHAWAY INC. CLASS B COMMON STOCK | | None | | | SELL | 12/24 | J | A | |
| 259. BIOGEN IDEC INC COMMON STOCK | | None | J | T | | | | | SEE PART VIII #1 |
| 260. BRISTOL MYERS SQUIBB CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 261. CABLEVISION SYSTEMS CORP COMMON SSTOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 262. CABLEVISION SYSTEMS CORP COMMON SSTOCK | | " | " - | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 263. CABOT MICROELECTRONICS CORP COMMON STOCK | | None | J | T | | | | | |
| 264. CATERPILLAR INC COMMON STOCK | A | Dividend | J | T | BUY | 1/23 | J | | |
| 265. CATERPILLAR INC COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 266. CATERPILLAR INC COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 267. CHARMING SHOPPES INC COMMON STOCK | | None | J | T | BUY | 2/11 | J | | |
| 268. CHARMING SHOPPES INC COMMON STOCK | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 269. CHARMING SHOPPES INC COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 270. CHEVRONTEXACO CORP. COMMON STOCK | | None | | | SELL | 1/23 | J | A | |

1. Income-Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. CHIRON CORP DELEWARE COMMON STOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 272. CHIRON CORP DELEWARE COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 273. CHUBB CORP. COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 274. CHUBB CORP. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 275. CISCO SYS INC COMMON STOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 276. CISCO SYS INC COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 277. CIRRUS LOGIC INC. COMMON STOCK | | None | J | T | | | | | |
| 278. CLAYTON HOMES INC COMMON STOCK | A | Dividend | | | BUY | 1/8 | J | | |
| 279. CLAYTON HOMES INC COMMON STOCK | " | " | | | SELL | 8/6 | J | | |
| 280. COCA-COLA CO. COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 281. COCA-COLA CO. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 282. COMCAST CORP CL A COMMON STOCK | | None | J | T | BUY | 9/25 | J | | SEE PART VIII #4 |
| 283. COMCAST CORP CL A COMMON STOCK | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 284. COMCAST CORP CL A COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 285. CONOCOPHILLIPS COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 286. CONOCOPHILLIPS COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 287. CREE INC COMMON STOCK | | None | J | S | BUY | 8/11 | J | | |
| 288. CREE INC COMMON STOCK | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. CREE INC COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 290. DELL COMPUTERS CORP COMMON STOCK | | None | J | T | BUY | 1/13 | J | | |
| 291. DELL COMPUTERS CORP COMMON STOCK | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 292. DELL COMPUTERS CORP COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 293. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | BUY | 1/7 | J | | SEE PART VIII #4 |
| 294. WALT DISNEY CO. COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 295. WALT DISNEY CO. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 296. EASTMAN KODAK CO COMMON STOCK | | None | | | BUY | 1/7 | J | | |
| 297. EASTMAN KODAK CO COMMON STOCK | | " | | | SELL | 12/22 | J | | |
| 298. ELECTRONICS FOR IMAGING COMMON STOCK | | None | J | T | | | | | |
| 299. EMERSON ELECTRIC CO COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 300. EMERSON ELECTRIC CO COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 301. ENGELHARD CORP COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 302. ENGELHARD CORP COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 303. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | BUY | 12/31 | J | | SEE PART VIII #4 |
| 304. FOREST LABORATORIES INC. COMMON STOCK | | None | J | T | BUY | 12/24 | J | | |
| 305. FOREST LABORATORIES INC. COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | B | |
| 306. GENENTECH INC COMMON STOCK | | None | J | T | BUY | 12/24 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. GENENTECH INC COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | B | |
| 308. GENERAL ELECTRIC CO COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 309. GENERAL ELECTRIC CO COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 310. GENERAL ELECTRIC CO COMMON STOCK | " | " | " | " | BUY | 12/31 | J | | SEE PART VIII #4 |
| 311. GENZYME CORP GENERAAL DIVISION COMMON STOCK | | None | J | T | BUY | 12/24 | J | | |
| 312. GENZYME CORP GENERAAL DIVISION COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 313. GILLETTE CO. COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 314. GILLETTE CO. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 315. GRANT. PRIDECO INC. COMMON STOCK | | None | | | SELL | 12/24 | J | A | |
| 316. HASBRO INC COMMON STOCK | A | Dividend | J | T | BUY | 1/24 | J | | |
| 317. HASBRO INC COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 318. HASBRO INC COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 319. HEALTH NET INC COMMON STOCK | | None | J | T | BUY | 5/12 | J | | |
| 320. HEALTH NET INC COMMON STOCK | | " | | | SELL | 9/18 | J | A | |
| 321. HEWLETT PACKARD CO COMMON STOCK | A | Dividend | J | T | BUY | 3/12 | J | | |
| 322. HEWLETT PACKARD CO COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 323. HEWLETT PACKARD CO COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 324. HOME DEPOT INC. COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. HOME DEPOT INC. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 326. HONEYWELL INTL INC COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 327. HONEYWELL INTL INC COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 328. IKON OFFICE SOLUTIONS INC COMMON STOCK | A | Dividend | | | BUY | 4/22 | J | | |
| 329. IKON OFFICE SOLUTIONS INC COMMON STOCK | " | " | | | SELL | 12/24 | J | A | |
| 330. INTEL CORP COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 331. INTEL CORP COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 332. INTERACTIVE CORP COMMON STOCK | | None | J | T | BUY | 2/18 | J | | SEE PART VIII #9 |
| 333. INTERACTIVE CORP COMMON STOCK | | " | " | " | BUY | 9/24 | J | | SEE PART VIII #4 |
| 334. INTERACTIVE CORP COMMON STOCK | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 335. INTERACTIVE CORP COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 336. INTL BUSINESS MACHINES CORP COMMON STOCK | A | Dividend | J | T | BUY | 2/18 | J | | |
| 337. ISIS PHARMACEUTICALS COMMON STOCK | | None | J | T | | | | | |
| 338. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 339. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | | None | J | T | | | | | |
| 340. LEHMAN BROTHERS HOLDINGS INC COMMON STOCK | A | Dividend | J | T | BUY | 3/4 | J | | |
| 341. LEHMAN BROTHERS HOLDINGS INC COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 342. LEHMAN BROTHERS HOLDINGS INC COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |

1. Income/Gain Codes:    A = $1.000 or less    B = $1.001-$2.500    C = $2.501-$5.000    D = $5.001-$15.000    E = $15.001-$50.000
(See Columns B1 and D4)    F = $50.001-$100.000    G = $100.001-$1.000,000    H1 = $1.000.000-$5.000.000    H2 = More than $5.000,000
2. Value Codes:    J = $15.000 or less    K = $15.001-$50.000    L = $50.001-$100.000    M = $100.001-$250.000
(See Columns C1 and D3)    N = $250.000-$500.000    O = $500.001-$1.000.000    P1 = $1.000.001-$5.000.000    P2 = $5.000.001-$25.000.000
   P3 = $25.000.001-$50.000.000    P4 = $More than $50.000.000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. | LIBERTY MEDIA CORP. A COMMON STOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 344. | LIBERTY MEDIA CORP. A COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 345. | MBIA INC COMMON STOCK | | None | J | | BUY | 12/24 | J | | |
| 346. | MGIC INVT CORP WIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 347. | MAXTOR CORP (NEW) COMMON STOCK | | None | J | T | PT. SELL | 9/23 | J | A | SEE PART VIII #5 |
| 348. | MAXTOR CORP (NEW) COMMON STOCK | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 349. | MAXTOR CORP (NEW) COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 350. | MCDONALDS CORP. COMMON STOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 351. | MCDONALDS CORP. COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 352. | MCKESSON CORPORATION COMMON STOCK | A | Dividend | J | T | BUY | 5/5 | J | | |
| 353. | MERCK & CO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 354. | MERRILL LYNCH & CO COMMON STOCK | A | Dividend | J | T | BUY | 3/7 | J | | |
| 355. | MERRILL LYNCH & CO COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 356. | MERRILL LYNCH & CO COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5. |
| 357. | MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 358. | MICROSOFT CORP COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 359. | MICROSOFT CORP COMMON STOCK | " | " | " | " | BUY | 12/31 | J | | SEE PART VIII #4 |
| 360. | MICRON TECHNOLOGY INC. COMMON STOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |

1. Income-Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. MILLENNIUM PHARMACEUTICALS INC COMMON STOCK | | None | J | T | BUY | 2/18 | J | | |
| 362. MILLENNIUM PHARMACEUTICALS INC COMMON STOCK | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 363. MILLENNIUM PHARMACEUTICALS INC | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 364. MOTOROLA INC DE COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 365. MOTOROLA INC DE COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 366. MURPHY OIL CORP | A | Dividend | J | T | BUY | 1/13 | J | | |
| 367. NEWONT MINING CORP COMMON STOCK | A | Dividend | J | S | BUY | 6/6 | J | | |
| 368. NEWONT MINING CORP COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 369. NEWONT MINING CORP COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 370. NEUBERGER BERMAN INC. | A | Dividend | - | | BUY | 2/5 | J | | |
| 371. NEUBERGER BERMAN INC. | " | " | | | MERGER | 11/3 | J | | SEE PART VIII #7 |
| 372. NEWS LTD- ADR-NEW COMMON STOCK | A | Dividend | J | T | BUY | 4/15 | J | | |
| 373. NIPPON TEL & TEL SPON ADR COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 374. NIPPON TEL & TEL SPON ADR COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 375. NOKIA CORP SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 376. PACCAR INC-DEL- COMMON STOCK | | None | J | T | BUY | 12/24 | J | | |
| 377. PALL CORP COMMON STOCK | | None | J | T | BUY | 12/24 | J | | |
| 378. PEPSICO INC COMMON STOCK | A | Dividend | J | T | BUY | 1/31 | J | | SEE PART VIII #4 |

1. Income-Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 379. PEPSICO INC COMMON STOCK | " | " | " | " | BUY | 1/31 | J | | SEE PART VIII #4 |
| 380. PEPSICO INC COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 381. PFIZER INC COMMON STOCK | A | Dividend | J | T | BUY | 1/8 | J | | |
| 382. PFIZER INC COMMON STOCK | " | " | " | " | BUY | 1/23 | J | | SEE PART VIII #4 |
| 383. PFIZER INC COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 384. PFIZER INC COMMON STOCK | " | " | ' | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 385. PHARMACIA CORP COMMON STOCK | | None | | | MERGER | 4/13 | J | | SEE PART VIII #8 |
| 386. QUANTUM CORP. DLT & STORAGE COMMON STOCK | | None | J | T | | | | | |
| 387. RAYTHEON COMPANY NEW | A | Dividend | J | T | | | | | |
| 388. SBC COMMUNICATIONS | A | Dividend | J | T | BUY | 9/19 | J | | |
| 389. SABRE GROUP HLDGS INC COMMON STOCK | A | Dividend | J | T | BUY | 1/13 | J | | |
| 390. SAFEWAY INC NEW COMMON STOCK | | None | J | T | BUY | 4/9 | J | | |
| 391. SAFEWAY INC NEW COMMON STOCK | | " | J | T | BUY | 4/30 | J | | SEE PART VIII #4 |
| 392. ST. PAUL COMPANIES INC CXOMMON STOCK | A | Dividend | | | SELL | 7/22 | J | | |
| 393. SANDISK CORP COMMON STOCK | | None | J | T | BUY | 12/24 | J | | |
| 394. SCHERING PLOUGH CORP COMMON STOCK | A | Dividend | J | T | BUY | 1/2 | J | | |
| 395. SCHERING PLOUGH CORP COMMON STOCK | " | " | " | " | BUY | 9/23 | J | | SEE PART VIII #4 |
| 396. SCIENTIFIC ATLANTA INC. COMMON STOCK | A | Dividend | J | T | SELL | 3/20 | J | A | |

1. Income/Gain Codes:     A = $1.000 or less     B = $1.001-$2.500     C = $2.501-$5.000     D = $5.001-$15.000     E = $15.001-$50.000
(See Columns B1 and D4)     F = $50.001-$100.000     G = $100.001-$1.000.000     H1 = $1.000.001-$5.000.000     H2 = More than $5.000.000
2. Value Codes:     J = $15.000 or less     K = $15.001-$50.000     L = $50.001-$100.000     M = $100.001-$250.000
(See Columns C1 and D3)     N = $250.000-$500.000     O = $500.001-$1.000.000     P1 = $1.000.001-$5.000.000     P2 = $5.000.001-$25.000.000
P3 = $25.000.001-$50.000.000     P4 = $More than $50.000.000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. | SICOR INC COMMON STOCK | | None | J | T | SELL | 12/24 | J | A | |
| 398. | SOLECTRON CORP. COMMON STOCK | | None | | | SELL | 12/24 | J | A | |
| 399. | STATE STREET CORP COMMON STOCK | A | Dividend | J | T | BUY | 1/30 | J | | |
| 400. | STATE STREET CORP COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 401. | STATE STREET CORP COMMON STOCK | " | " | " | " | PT SELL | 12/24 | J | A | SEE PART VIII #5 |
| 402. | TAIWAN SEMICONDUCTOR MFG COMMON STOCK | | None | J | T | BUY | 8/12 | J | | |
| 403. | TEXAS INSTRUMENTS INC. COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 404. | TEXAS INSTRUMENTS INC. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | B | SEE PART VIII #5 |
| 405. | 3 COM CORP COMMON STOCK | | None | J | T | BUY | 3/17 | J | | |
| 406. | 3 COM CORP COMMON STOCK | | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 407. | 3 COM CORP COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 408. | TIME WARNER COMMON STOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 409. | TIME WARNER COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 410. | UNYSIS CORP. COMMON STOCK | | None | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 411. | UNYSIS CORP. COMMON STOCK | | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 412. | UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 413. | UNITEDHEALTH GROUP INC. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 414. | UNITEDHEALTH GROUP INC. COMMON STOCK | " | " | " | " | BUY | 12/31 | J | | SEE PART VIII #4 |

1. Income-Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash-Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 416. VODAFONE COMMON STOCK | A | Dividend | J | T | BUY | 2/20 | J | | |
| 417. VODAFONE COMMON STOCK | " | " | " | " | BUY | 12/24 | J | | SEE PART VIII #4 |
| 418. VODAFONE COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 419. VULCAN MATERIALS CO COMMON STOCK | A | Dividend | | | SELL | 12/24 | J | A | |
| 420. WELLS FARGO & CO. NEW COMMON STOCK | A | Dividend | | | SELL | 12/24 | J | A | |
| 421. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | BUY | 12/24 | J | | SEE PART VIII #4 |
| 422. WEYERHAEUSER CO. COMMON STOCK | " | " | " | " | PT. SELL | 12/24 | J | A | SEE PART VIII #5 |
| 423. WILLIAMS COS INC COMMON STOCK | | None | J | T | BUY | 9/24 | J | | |
| 424. WM WRIGLEY JR CO COMMON STOCK | | None | J | T | BUY | 12/24 | J | | |
| 425. WYETH COMMON STOCK | A | Dividend | J | T | | | | | |
| 426. ACCOUNT #6 | | | | | | | | | |
| 427. SALOMON SMITH BARNEY MONEY MARKET | A | Interest | J | T | OPENED | 9/9 | J | | SEE PART VIII #11 |
| 428. WAL-MART STORE NOTES | | None | J | T | TRANS | 12/19 | J | | SEE PART VIII #6 |
| 429. NATIONSBANK CORP NOTES | | None | J | T | TRANS | 12/19 | J | | SEE PART VIII #6 |
| 430. FORD MOTOR CREDIT CO. DTD 6/11/97 | | None | J | T | TRANS | 12/19 | J | | SEE PART VIII #6 |
| 431. FORD MOROR CREDIT CORP NOTES DTD 10/28/99 | | None | J | T | TRANS | 12/19 | J | | SEE PART VIII #6 |
| 432. FIRST UNION CORP SUB NOTES | | None | J | T | TRANS | 12/19 | J | | SEE PART VIII #6 |

1. Income Gain Codes:       A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:        J  = $15,000 or less        K  = $15,001-$50,000        L  = $50,001-$100,000        M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000                              P4 = $More than $50,000,000
3. Value Method Codes        Q  = Appraisal        R  = Cost (Real Estate Only)        S  = Assessment        T  = Cash/Market
   (See Column C2)        U  = Book Value        V  = Other        W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 04/05/2004 |

## V.II. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. ABBOTT LABORATORY NOTES | | None | | | TRANS | 12/19 | K | | SEE PART VIII #6 |
| 434. ABBOTT LABORATORY NOTES | | " | | | SELL | 12/28 | K | A | |
| 435. CAROLINA TEL & TELEG SUB DEBENTURE | | None | | | TRANS | 12/19 | J | | SEE PART VIII #6 |
| 436. CAROLINA TEL & TELEG SUB DEBENTURE | | " | | | SELL | 12/28 | J | B | |
| 437. HERTZ CORP SENIOR NOTE | | None | | | TRANS | 12/19 | J | | SEE PART VIII #6 |
| 438. HERTZ CORP SENIOR NOTE | | " | | | SELL | 12/28 | J | A | |
| 439. HOUSEHOLD FINANCE CORP FINANCE DEB | | None | | | TRANS | 12/19 | J | | SEE PART VIII #6 |
| 440. HOUSEHOLD FINANCE CORP FINANCE DEB | | " | | | SELL | 12/28 | J | B | |
| 441. PACIFICORP SECD MEDIUM TERM NOTES | | None | J | T | TRANS | 12/19 | J | | SEE PART VIII #6 |

1. Income/Gain Codes:      A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1) ON NOVEMBER 14, 2003, IDEC PHARMACEUTICALS CORP.CHANGED ITS NAME TO BIOGEN IDEC INC.

2) ON OCTOBER 16, 2003, AOL TIME WARNER INC. CHANGED ITS NAME TO TIME WARNER INC.o

3) DURING THE REPORTING PERIOD, MANAGEMENT OF THE NEW YORK COLLEGE SAVINGS PROGRAM WAS TRANSFERRED FROM TEACHERS INSURANCE AND ANNUITY ASSOCIATION TO VANGUARD GROUP.

4) DURING THE REPORTING PERIOD, AS INDICATED, ADDITIONAL SHARES OF THIS STOCK WERE PURCHASED FOR AN AMOUNT IN EXCESS OF $1000.00.

5) DURING THE REPORTING PERIOD, AS INDICATED, SOME OF THE SHARES OF THIS STOCK WERE SOLD FOR AN AMOUNT IN EXCESS OF $1000.00.

6) DURING THE REPORTING PERIOD, AS INDICATED, THESE BONDS WERE TRANSFERRED FROM ACCOUNT #3 TO ACCOUNT #6.

7) ON NOVEMBER 3, 2003 NEUBERGER BERMAN INC MERGED WITH LEHMAN BROTHERS HOLDINGS INC.

8) ON APRIL 13, 2003 PHARMACIA CORP MERGED WITH PFIZER INC.

9) ON JUNE 25, 2003 USA INTERACTIVE CHANGED ITS NAME TO INTERACTIVECORP.

10) DURING THE REPORTING PERIOD, MOIES REALIZED FROM THE SALE OF BONDS, AS INDICATED, IN ACCOUNT #6 AND FROM THE SALE OF STOCKS, AS INDICATED, IN ACCOUNT #3 WERE PLACED IN A MONEY MARLKET FUND IN ACCOUNT #5.

11) DURING THE REPORTING PERIOD, MY ███████ ESTATE WAS SETTLED, THE ESTATE ACCOUNT CLOSED, AND THE REMAINING MONIES DISTRIBUTED. MY SHARE OF THE MONIES WAS USED TO OPEN ACCOUNT #6.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _APR. 5, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544